UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Primat Lewis_

_#_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_Nyc dept of Housing preservation
and development_

_(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant.  Addresses should not be included here.)_

# 16 CV 6363

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:   ☐ Yes   ☐ No
_(check one)_

RECEIVED
SDNY PRO SE OFFICE
2016 AUG 10  PM 3: 02
S.D. OF N.Y.

This action is brought for discrimination in employment pursuant to: _(check only those that apply)_

✓   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
_**NOTE:**  In order to bring suit in federal district court under Title VII, you must first obtain a
Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

_____   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
_**NOTE:**  In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file a charge with the Equal Employment Opportunity
Commission._

_____   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
_**NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act,
you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission._

_____   New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

_____   New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Ramat Lewis
             Street Address    1149 Elton St   4D Brooklyn
             County, City    Brooklyn
             State & Zip Code    New York
             Telephone Number    347 488 9018

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant    Name
             Street Address
             County, City
             State & Zip Code
             Telephone Number

C. The address at which I sought employment or was employed by the defendant(s) is:

             Employer    New York city dept of housing preservation and development
             Street Address    100 Gold St
             County, City    NY  NY
             State & Zip Code    10038
             Telephone Number    212 863 7842

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____    Failure to hire me.

_____    Termination of my employment.

_____    Failure to promote me.

_____    Failure to accommodate my disability.

_____    Unequal terms and conditions of my employment.

_____ Retaliation. *Witness to EEO Investigation 3/16/09*

_____ Other acts *(specify):* *Discrimination Between october 2015 and April 2016*

*Note:   Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.   It is my best recollection that the alleged discriminatory acts occurred on: *7/21/15* *10/28/15*
*Date(s)*

C.   I believe that defendant(s) *(check one):* *7/11/16 most recent*

_____ is still committing these acts against me.

_____ is not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check only those that apply and explain):*

☐   race   _____     ☐   color   _____

☐   gender/sex   _____     ☐   religion_____

☑   national origin   _____

☐   age.   My date of birth is _____   *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☑   disability or perceived disability, _____   *(specify)*

E.   The facts of my case are as follow *(attach additional sheets as necessary):*

*- Retaliated against me for being a witness that EEO investigation and my interaction with office of EEO.*
*- Hate hate I was dropped on my desk*
*- Denied attendence to team meetings*
*- Denied attendence to EEO training*

*Note:   As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III.   Exhaustion of Federal Administrative Remedies:

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's  alleged discriminatory conduct on: _____ *8/9/16* _____   *(Date).*

B.     The Equal Employment Opportunity Commission *(check one)*:

_____     has not issued a Notice of Right to Sue letter.

_____     issued a Notice of Right to Sue letter, which I received on _July 2016_*(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.     Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____     60 days or more have elapsed.

_____     less than 60 days have elapsed.

## IV.    Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

_____

_____

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _10_ day of _August_, 20_16_.

Signature of Plaintiff _____

Address _1149 Elton St 4.D_
_Brooklyn ny 11239_

_____

Telephone Number _347 488 9018_

Fax Number *(if you have one)* _____

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5ᵗʰ Floor
New York, NY  10004-2112
District Office:  (212) 336-3620

Ashraf Ahmed
Federal Investigator

Ms. Ramat Lewis
1149 Elton Street (Apt. 4D)
Brooklyn, New York  11239

June 29, 2016
Ramat v. NYC HPD
EEOC Charge # 520-2016-02597

Dear Ms. Lewis:

This Office is in receipt of your recent request that you be issued a Notice of Right to Sue on the above-referenced charge.

Ordinarily, a charging party or his/her counsel is not entitled to receive such requested Notice of Right to Sue until the complaint has been pending with the EEOC for at least 180 days. However, an early Notice of Right to Sue is authorized by 29 C.F.R. § 1601.28(a)(2) if the Director determines that the Commission will not be able to complete its administrative process within 180 days of the charge's filing date.

After reviewing the circumstances of this complaint, the agency determined that issuing you the requested Notice of Right to Sue is warranted given current workloads and the extent of additional information required to complete such an investigation.  Upon receipt of same, the matter may be pursued by filing suit within 90 days or your right to sue will be lost.

Should any questions arise re the foregoing matter, kindly feel free to contact Investigator Ashraf Ahmed at (212) 336 – 3781.

Sincerely,

Kevin Berry
District Director